IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 17-CV-22152-UU

EMMANUEL REYES,

    Plaintiff(s),

vs.

CITY OF MIAMI, ZULEMA DOMINGUEZ, INDIVIDUALLY AND IN HER CAPACITY AS A CITY OF MIAMI POLICE OFFICER, AND NESTOR AMORES, INDIVIDUALLY AND IN HIS CAPACITY AS A CITY OF MIAMI POLICE OFFICER,

    Defendant(s).
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, EMMANUEL REYES, and the Defendant, CITY OF MIAMI, ZULEMA DOMINGUEZ, INDIVIDUALLY AND IN HER CAPACITY AS A CITY OF MIAMI POLICE OFFICER, AND NESTOR AMORES, INDIVIDUALLY AND IN HIS CAPACITY AS A CITY OF MIAMI POLICE OFFICER by and through their undersigned counsel, shows the Court that all matters and things in controversy in this action including costs, have been amicably settled between these parties, and move that the claim in the above-styled cause be dismissed with prejudice

| | | | |
|---|---|---|---|
| Dated: May 10, 2018 | | Dated: May 10, 2018 | |
| By: | Richard J. Diaz, Esq. | By: | Henry J. Hunnefeld |

        Richard J. Diaz., P.A.                      VICTORIA MÉNDEZ, City Attorney
        Attorney for Plaintiff                       HENRY J. HUNNEFELD, Sr. Asst. City Attorney
        3127 Ponce de Leon Boulevard       Attorney for Defendants
        Coral Gables, FL 33134                   444 SW 2nd Avenue, Suite 945
                                                           Miami, Florida 33130
        Telephone: (305) 444-7181            Telephone: (305) 416-1800
        Facsimile: (305) 444-8178            Facsimile: (305) 416-1810

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 10, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties not authorized to receive Notices of Electronic Filing

                                                        VICTORIA MÉNDEZ, City Attorney
                                                        HENRY J. HUNNEFELD,
                                                        Senior Assistant City Attorney
                                                        Attorneys for **City of Miami**
                                                        444 S.W. 2nd Avenue, Suite 945
                                                        Miami, FL  33130-1910
                                                        Tel.: (305) 416-1800
                                                        Fax: (305) 416-1801
                                                        Email:  hjhunnefeld@miamigov.com
                                                        Secondary Email:  aidagarcia@miamigov.com

                                                        By: /s/ Henry J. Hunnefeld
                                                             Henry J. Hunnefeld, Senior Assistant City
                                                             Attorney
                                                             Florida Bar No. 343811